Certificate Number: 03088-CAC-DE-029264077

Bankruptcy Case Number: 17-13894



03088-CAC-DE-029264077

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 16, 2017</u>, at <u>10:38</u> o'clock <u>PM CDT</u>, <u>David Tran</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>May 16, 2017</u>

By:   <u>/s/Doug Tonne</u>

Name:   <u>Doug Tonne</u>

Title:   <u>Counselor</u>